JAMES S. SORRELS, WSBA No. 4867
LAW OFFICES OF JAMES S. SORRELS
23607 Hwy. 99, Suite 3-A
Edmonds, WA 98026
Telephone: (425) 778-8558
jim@sorrels-law.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRY R. NEALEY, IN HIS CAPACITY AS BANKRUPTCY TRUSTEE; and ROSENDO RAMIREZ and AIMEE RAMIREZ, husband and wife,<br><br>            Plaintiffs,<br><br>vs.<br><br>TRI-CITY RAILROAD COMPANY, LLC, a Washington Limited Liability Company; and TRI-CITY & OLYMPIA RAILROAD COMPANY, LLC, a Washington Limited Liability Company,<br><br>            Defendants. | No. 2:11-cv-05097-EFS<br><br>STIPULATED ORDER OF DISMISSAL [~~PROPOSED~~] |

Based upon the foregoing stipulated motion, it is now, therefore, hereby ORDERED, ADJUDGED and DECREED that all claims and causes of action alleged herein should be and hereby are dismissed with prejudice, and without costs

STIPULATED ORDER OF DISMISSAL - 1

to any party. All hearings and motions are stricken. This file shall be CLOSED.

Done in open court this **18th** day of __October__, 2011.

s/ Edward F. Shea
_____
United States District Court Judge

Presented by:

*[signature]*
James S. Sorrels, WSBA #4867
Attorney for Plaintiffs

Approved for entry:

*[signature]*
Brandon L. Johnson WSBA #30837
Attorney for Defendant

STIPULATED ORDER OF DISMISSAL - 2